IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| START MAN FURNITURE, LLC, *et al.* | ) | |
| | ) | Case No.: 20-10553 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| ALFRED T. GIULIANO, in his capacity | ) | |
| as Chapter 7 Trustee of Art Van Furniture, | ) | |
| LLC, *et al* | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No.: 22-50176 |
| v. | ) | |
| | ) | |
| SCHINDLER ELEVATOR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY OF APPEARANCE

Please enter the appearance of Bayard J. Snyder, Esquire as the attorney for Schindler Elevator Corporation, in the above adversary proceeding.

SNYDER & ASSOCIATES, P.A.

 /s/ Bayard J. Snyder
Bayard J. Snyder, Esq., (DE 175)
3801 Kennett Pike
Suite 201, Building C
Wilmington, DE 19807
302.657.8300
bjs1@snyderlaw.pro
*Counsel for Defendant*

Dated: April 21, 2022