**EXHIBIT 1 TO ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,<br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al.,<br>Plaintiff,<br><br>vs.<br><br>SCHINDLER ELEVATOR CORPORATION,<br>Defendant. | Adv. Proc. No. 22-50176 (CTG) |

**STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Art Van Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Schindler Elevator Corporation (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby further extended to and including August 22, 2022.

7

8

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: August 9, 2022 | Dated: August 9, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | SNYDER & ASSOCIATES, P.A. |
| */s/ Peter J. Keane* | */s/ Bayard J. Snyder* |
| Bradford J. Sandler (DE Bar No. 4142) | Bayard J. Snyder, Esq. (DE Bar No. 175) |
| Andrew W. Caine (CA Bar No. 110345) | 3801 Kennett Pike |
| Jeffrey P. Nolan (CA Bar No. 158923) | Building C, Suite 201 |
| Peter J. Keane (DE Bar No. 5503) | Greenville, DE 19807 |
| 919 North Market Street, 17th Floor | Telephone: (302) 657-8300 |
| P.O. Box 8705 | Email: Bjs1@Snyderlaw.Pro |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | *Counsel to Defendant* |
| Facsimile:  (302) 652-4400 | |
| Email:  bsandler@pszjlaw.com | |
|             acaine@pszjlaw.com | |
|             jnolan@pszjlaw.com | |
|             pkeane@pszjlaw.com | |

*Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of START MAN FURNITURE, LLC, et al.*