# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>SCHINDLER ELEVATOR CORPORATION,<br><br>Defendant. | Adv. Proc. No. 22-50176 (CTG) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Alfred T. Giuliano, in his capacity as Chapter 7 Trustee of the Estates of Start Man Furniture, LLC (the "Plaintiff") and Schindler Elevator Corporation (the "Defendant"), through their respective attorneys of record, representing all parties to this action, that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

| | |
|---|---|
| Dated: December 16, 2022 | Dated: December 16, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | SNYDER & ASSOCIATES, P.A. |
| */s/ Peter J. Keane* | */s/ Bayard J. Snyder* |
| Bradford J. Sandler (DE Bar No. 4142) | Bayard J. Snyder, Esq. (DE Bar No. 175) |
| Andrew W. Caine (CA Bar No. 110345) | 3801 Kennett Pike |
| Jeffrey P. Nolan (CA Bar No. 158923) | Building C, Suite 201 |
| Peter J. Keane (DE Bar No. 5503) | Wilmington, Delaware 19807 |
| 919 North Market Street, 17th Floor | Email: Bjs1@Snyderlaw.Pro |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | *Counsel to Defendant* |
| Facsimile: (302) 652-4400 | |
| Email:   bsandler@pszjlaw.com | |
|            acaine@pszjlaw.com | |
|            jnolan@pszjlaw.com | |
|            pkeane@pszjlaw.com | |

*Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of START MAN FURNITURE, LLC, et al.*